

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00026-CV**

**ELIZABETH CADY, INDIVIDUALLY AND**
**ON BEHALF OF THE ESTATE OF DONALD**
**JASON WILDE, DECEASED,**

**Appellant**

**v.**

**JIMMIE LEE CARGILE AND TEXAS PREMIER**
**RESOURCES, LLC,**

**Appellees**

_____

**From the 249th District Court**
**Johnson County, Texas**
**Trial Court No. C201100149**

**O R D E R**

Appellant's motion for rehearing is denied.

PER CURIAM

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Motion denied
Order issued and filed June 4, 2015

